## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MISSOURI
_____DIVISION

Geneva Rebecca Hahn                                         )
                                                           )
                                                           )
                                                           )
 Plaintiff(s),                                             )
                                                           )
v.                                                         )       Case No. _____
                                                           )          (to be assigned by Clerk of District Court)
N&R of Farmington,LLC dba                                  )
St. Francois Manor                                         )
                                                           )
                                                           )       JURY TRIAL DEMANDED
                                                           )
                                                           )          YES☐    NO✔
 Defendant(s).  (Enter above the full name(s)              )
 of all defendants in this lawsuit. Please                 )
 attach additional sheets if necessary.)                   )

### EMPLOYMENT DISCRIMINATION COMPLAINT

     1.     This employment discrimination lawsuit is based on (check only those that apply):

✔    Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq*., for employment discrimination on the basis of race, color, religion, gender, or national origin. **NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

_____    Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq*., for employment discrimination on the basis of age (age 40 or older). **NOTE**: *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

_____    Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq*., for employment discrimination on the basis of disability. **NOTE**: *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

_____  Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

**NOTE**: *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency.*

_____  Other (Describe)

## **PARTIES**

2.   Plaintiff's name: Geneva Rebecca Hahn

Plaintiff's address: 8048 Highway E
                     Street address or P.O. Box

Bonne Terre, St Francois County MO 63628
City/ County/ State/Zip Code

(573) 218-2944
Area code and telephone number

3.   Defendant's name: N&R of Farmington dba St. Francois Manor

Defendant's address: 1180 Old JAckson Road
                     Street address or P.O. Box

Farmington, St Francois County MO 63640
City/County/State/ Zip Code

(573) 760-1700
Area code and telephone number

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES AND TELEPHONE NUMBERS ON A SEPARATE SHEET OF PAPER.**

4.  If you are claiming that the discriminatory conduct occurred at a different location, please provide the following information:

_____
(Street Address)              (City/County)              (State)   (Zip Code)

5.  When did the discrimination occur?  Please give the date or time period:

October 15, 2019
_____

## ADMINISTRATIVE PROCEDURES

6.  Did you file a charge of discrimination against the defendant(s) with the Missouri Commission on Human Rights?

☐ Yes    Date filed: _____

☑ No

7.  Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

☑ Yes    Date filed: 09/30/2020 _____

☐ No

8.  Have you received a Notice of Right-to-Sue Letter?

☑ Yes                    ☐ No

If yes, please attach a copy of the letter to this complaint.

9.  If you are claiming age discrimination, check one of the following:

_____60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

_____fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

## NATURE OF THE CASE

10.     The conduct complained of in this lawsuit involves (check only those that apply):

    _____ failure to hire me

    _____ termination of my employment

    _____ failure to promote me

    _____ failure to accommodate my disability

    _____ terms and conditions of my employment differ from those of similar employees

    ✓ retaliation

    ✓ harassment

    _____ other conduct (specify):

Did you complain about this same conduct in your charge of discrimination?

    ✓ Yes           ☐ No

4

11.    I believe that I was discriminated against because of my (check all that apply):

_____    race

_____    religion

_____    national origin

_____    color

__✓__    gender

_____    disability

_____    age (birth year is: _____ )

_____    other:

Did you state the same reason(s) in your charge of discrimination?

|✓| Yes                    |  | No

12.    State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful.  It is not necessary to make legal arguments, or to cite cases or statutes.

```
 I was employed by the above-named Defendant N&R of Farmington,
LLC dba St. Francois Manor on April 7, 2007. On October 15, 2019
I received a text message from an employee subjected to
offensive and unwelcomed comments with other multiple employees
and I notified my supervisor regarding the incident. Then was
subjected to retaliation, exclusion, when N&R of Farmington,
LLC dba St. Francois Manor denied me access to their facilities
to care for patients my employer cares for.
```

(Continue to page 6, if additional space is needed.)

5

(Attach additional sheets as necessary).

13.    The acts set forth in paragraph 12 of this complaint:

☐    are still being committed by the defendant.

☐    are no longer being committed by the defendant.

☑    may still be being committed by the defendant.

## REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you.  Make no legal arguments;

cite no cases or statutes.

```
I would like to be awarded compensatory damages due to emotional
harm suffered from emotional stability and loss of enjoyment of
life, retroactive placement in a job, Front pay, back pay, cancel
an unwarranted personnel action and restore me to the status I
occupied prior to the discrimination and awards of costs of
recovery of my costs.
```

14.    Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 2nd day of August , 20 23 .

Signature of Plaintiff    Geneva Rebecca Hahn